FILED
2009 Dec-18 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GREGORY JAMES EDDINS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 5:09-cv-02370-WMA-HGD |
| ) | |
| J. C. GILES, WARDEN, et al., ) | |
| ) | |
| Respondents ) | |

## **FINAL JUDGMENT**

On November 25, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On December 8, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby OVERRULES the objections and ADOPTS the report of the magistrate judge. Having accepted the recommendations of the magistrate judge, it is

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this the 18th day of December, 2009.

                                                                        _____
                                                                        WILLIAM M. ACKER, JR.
                                                                        UNITED STATES DISTRICT JUDGE